# IN THE SUPREME COURT OF THE STATE OF NEVADA

SANTA MARGARITA ST TRUST,
                Appellant,
    vs.
JPMORGAN CHASE BANK, N.A.,
                Respondent.

No. 77136

**FILED**

AUG 16 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from a district court order granting a motion for summary judgment in a quiet title action. Eighth Judicial District Court, Clark County; Ronald J. Israel, Judge.

On May 15, 2019, this court entered an order granting appellant's motion for a second extension of time, until May 29, 2019, to file and serve the opening brief and appendix.[1] The order cautioned that failure to timely file the opening brief and appendix could result in the imposition of sanctions, including the dismissal of this appeal. *See* NRAP 31(d). Appellant did not comply or otherwise communicate with this court. Accordingly, on June 17, 2019, this court entered an order directing appellant to file and serve the opening brief and appendix by June 24, 2019.[2] This court again cautioned that failure to comply could result in the imposition of sanctions, including the dismissal of this appeal.

To date, appellant has failed to file the opening brief and appendix or otherwise communicate with this court. Respondent has now

---

[1] A copy of this order is attached.

[2] A copy of this order is attached.

19-34520

filed a motion to dismiss this appeal as abandoned. Appellant does not oppose the motion.

Under the circumstances described above, it appears that appellant has abandoned this appeal. This court thus grants respondent's motion and

ORDERS this appeal DISMISSED.[3]



_____ , J.
Pickering

_____ , J.
Parraguirre

_____ , J.
Cadish

cc:    Hon. Ronald J. Israel, District Judge
       William C. Turner, Settlement Judge
       Kerry P. Faughnan
       Smith Larsen & Wixom
       Eighth District Court Clerk

---

[3]Respondent's request that this court impose monetary sanctions against appellant pursuant to NRAP 38 is denied.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

SANTA MARGARITA ST TRUST,
                    Appellant,
          vs.
JPMORGAN CHASE BANK, N.A.,
                    Respondent.

No. 77136

FILED

MAY 10 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
      DEPUTY CLERK

## *ORDER GRANTING MOTION*

Cause appearing, appellant's opposed motion for a second extension of time to file the opening brief is granted. NRAP 31(b)(3)(B). Appellant shall have until May 29, 2019, to file and serve the opening brief and appendix. No further extensions of time shall be permitted absent demonstration of extraordinary circumstances and extreme need. *Id.* Counsel's caseload normally will not be deemed such a circumstance. *Cf. Varnum v. Grady*, 90 Nev. 374, 528 P.2d 1027 (1974). Failure to timely file the opening brief and appendix may result in the imposition of sanctions, including the dismissal of this appeal. NRAP 31(d).

It is so ORDERED.

_____, C.J.

cc:     Kerry P. Faughnan
        Smith Larsen & Wixom

19-21457

# IN THE SUPREME COURT OF THE STATE OF NEVADA

SANTA MARGARITA ST TRUST,
                Appellant,
vs.
JPMORGAN CHASE BANK, N.A.,
                Respondent.

No. 77136

FILED

JUN 17 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER

On May 15, 2019, this court entered an order granting appellant's motion for a second extension of time to file the opening brief. The order directed appellant to file and serve the opening brief and appendix by May 29, 2019. To date, appellant has failed to file these documents or otherwise communicate with this court.

Appellant shall have 7 days from the date of this order to file and serve the opening brief and appendix. Failure to comply with this order may result in the imposition of sanctions, including the dismissal of this appeal. NRAP 31(d).

It is so ORDERED.

_____, C.J.

cc:    Kerry P. Faughnan
       Smith Larsen & Wixom

SUPREME COURT
OF
NEVADA

(O) 1947A

19-26133